

09/06/2016  02:04PM  12123696215                    TAINO TOWERS                              PAGE  02/02



**POLICE DEPARTMENT**

The City of New York

License Division
Commanding Officer
One Police Plaza, Room 110A
New York, NY 10038
(646) 610-5560

### NOTICE OF DETERMINATION

September 1, 2016

Mr. Devon Thomas
57 Joan Court
Elmont, NY 11003

Reference(s) #: CG2013000155,
GC2013000427

Dear Mr. Thomas:

This is to advise you that your Carry Guard Handgun License and Gun Custodian Handgun License have been **REVOKED** after a review of the facts and circumstances surrounding your incident. The determination to revoke is due to:

- The facts and circumstances surrounding your incident on 04/21/2016 for failure to follow rules of the License Division (Title38);
- Failure to notify the License Division that you were the recipient of a criminal court summons and that an order of protection was issued against you;
- Your history of arrests and incidents;
- Your failure to abide by the Rules and Regulations governing your firearms licenses.

A licensee may request a hearing to challenge this determination. This request must be in writing and made within thirty (30) days of the date of this determination letter. It should be addressed to **Director, License Division, One Police Plaza, Room 110, New York, NY 10038.**

Very truly yours,

Inspector Michael Barreto
Commanding Officer

MB:jh

COURTESY  •  PROFESSIONALISM  •  RESPECT
Website: http://nyc.gov/nypd