B

 POLICE DEPARTMENT
**License Division**
**Hearings & Appeals Unit**
One Police Plaza, Room 110
New York, NY 10038
Tel. 1-646-610-5873, 5560
Fax. 1-646-610-6399



February 1, 2017

Mr. Devon Thomas
57 Joan Court
Elmont, NY 11003

Re:   Permit(s) #CG2013000155, GC2013000427
       Hearing Index #45/16

Dear Mr. Thomas:

In accordance with The Rules of the City of New York, 38 RCNY § 15, please be advised that the hearing you requested challenging the determination reached by the License Division concerning your firearms permit(s) or Special Patrolman designation has been scheduled for **Wednesday, February 15, 2017 at 1:00 p.m.** at the License Division, One Police Plaza, Room 110A before the undersigned hearing officer. Any ministerial correspondence regarding this matter, including request for adjournment, should be sent to my attention.

On the scheduled hearing date you must be prepared to present all the relevant information, documentation, and witnesses necessary to support your case. Licensees may be represented by an attorney who is a member in good standing of the Bar of the State of New York. A notice of appearance from the attorney would be appreciated. Licensees or their attorneys may request the hearing officer to issue an administrative subpoena to a prospective witness. If you wish to present testimony from any uniformed member of the NYPD, you must request the hearing officer to arrange for that police officer's appearance at the hearing.

An adjournment of the scheduled hearing will not be granted except for good cause shown. Any request for an adjournment must be made at least 72 hours prior to the scheduled hearing date. If an adjournment is granted, the matter will be marked final against the licensee and no further adjournments will be granted. Please contact the undersigned or Principal Alvarez at the above number if you have any questions or need an adjournment.

Failure to appear for a hearing on the scheduled date without good cause is a default by the licensee and it will be deemed that the licensee does not contest the issues underlying the commanding officer's determination.

Sincerely,

*[signature]*

Margaret L. Shields, Esq.
Hearing Officer/City Administrative Law Judge

c:
Robert M. Schechter, Esq.
Tilem & Associates, PC
188 East Post Road, 3d floor
White Plains, NY 10601

Det. J. Cook