

## Hillary Nappi

**Subject:**          FW: Arrests that ultimately end up dismissed broken down by race statistics
**Attachments:**      Arrests Disposed 2010-2016 by Race.xls


---------- Forwarded message ----------
From: **dcjs.sm.Stats** <DCJSStats@dcjs.ny.gov>
Date: Thu, Dec 28, 2017 at 9:10 AM
Subject: RE: Arrests that ultimately end up dismissed broken down by race statistics
To: Robert Schechter <rschechter@tilemlawfirm.com>


Good Morning,


Per your request, please see that attached data table.  We are able to provide the data back to 2010.   The table shows for both white & black, the total number of arrests disposed, and the disposition of those arrests, including the number that were dismissed.  Please note that both white and black are non-Hispanic.


Please let us know if you have any questions.


Regards,


From: Robert Schechter [mailto:rschechter@tilemlawfirm.com]
Sent: Thursday, December 14, 2017 1:14 PM
To: dcjs.sm.Stats <DCJSStats@dcjs.ny.gov>
Subject: Arrests that ultimately end up dismissed broken down by race statistics


ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.


DCJS,

I was looking at your statistics data and was hoping it could be broken down a little differently for me.

I would like to see the data on:

1

A) Total number of Caucasian arrests and ones that were ultimately dismissed. - numbers and percentages

B) Total number of African American arrests and ones that were ultimately dismissed.- numbers and percentages

I would like to see this data from 2010 on or for as far back as you can give me broken down by year if possible.

Thank you.

Robert Schechter

--

Robert M. Schechter, Esq.
Tilem & Associates, PC
188 East Post Road
White Plains, NY 10601
O: 914-833-9785 ext 1104

F: 914-833-9788
rschechter@tilemlawfirm.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer.

--

Robert M. Schechter, Esq.
Tilem & Associates, PC
188 East Post Road
White Plains, NY 10601
O: 914-833-9785 ext 1104
F: 914-833-9788
rschechter@tilemlawfirm.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client

2

privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer.

| Race/Ethnicity | | 2010 # | 2010 % | 2011 # | 2011 % | 2012 # | 2012 % | 2013 # | 2013 % | 2014 # | 2014 % | 2015 # | 2015 % | 2016 # | 2016 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White | Total Dispositions | 176,475 | 100% | 172,629 | 100% | 171,022 | 100% | 166,692 | 100% | 160,278 | 100% | 147,992 | 100% | 144,625 | 100% |
| | Convicted-Sentenced | 116,308 | 66% | 112,070 | 65% | 111,427 | 65% | 108,916 | 65% | 104,288 | 65% | 96,757 | 65% | 95,473 | 66% |
| | Diverted and Dismissed | 266 | 0% | 250 | 0% | 324 | 0% | 333 | 0% | 299 | 0% | 286 | 0% | 257 | 0% |
| | Covered by Another Case | 6,761 | 4% | 6,904 | 4% | 7,374 | 4% | 7,742 | 5% | 7,380 | 5% | 7,450 | 5% | 8,071 | 6% |
| | Dismissed-ACD | 31,978 | 18% | 32,320 | 19% | 32,218 | 19% | 30,294 | 18% | 28,172 | 18% | 25,154 | 17% | 22,729 | 16% |
| | Dismissed-Not ACD | 15,949 | 9% | 15,267 | 9% | 15,050 | 9% | 15,127 | 9% | 15,632 | 10% | 14,228 | 10% | 13,849 | 10% |
| | Acquitted | 459 | 0% | 403 | 0% | 384 | 0% | 349 | 0% | 298 | 0% | 261 | 0% | 270 | 0% |
| | DA Declined to Prosecute | 3,450 | 2% | 4,157 | 2% | 2,782 | 2% | 2,408 | 1% | 2,709 | 2% | 2,142 | 1% | 1,995 | 1% |
| | Other | 1,304 | 1% | 1,248 | 1% | 1,463 | 1% | 1,523 | 1% | 1,500 | 1% | 1,714 | 1% | 1,981 | 1% |
| Black | Total Dispositions | 223,644 | 100% | 220,892 | 100% | 214,890 | 100% | 211,545 | 100% | 202,223 | 100% | 184,132 | 100% | 180,168 | 100% |
| | Convicted-Sentenced | 128,812 | 58% | 123,786 | 56% | 122,173 | 57% | 120,854 | 57% | 112,717 | 56% | 99,545 | 54% | 98,556 | 55% |
| | Diverted and Dismissed | 335 | 0% | 317 | 0% | 270 | 0% | 220 | 0% | 217 | 0% | 183 | 0% | 164 | 0% |
| | Covered by Another Case | 4,714 | 2% | 4,776 | 2% | 4,880 | 2% | 5,000 | 2% | 4,957 | 2% | 4,705 | 3% | 5,276 | 3% |
| | Dismissed-ACD | 39,715 | 18% | 41,519 | 19% | 42,097 | 20% | 41,080 | 19% | 38,262 | 19% | 36,124 | 20% | 32,160 | 18% |
| | Dismissed-Not ACD | 33,190 | 15% | 31,820 | 14% | 31,602 | 15% | 32,003 | 15% | 32,603 | 16% | 31,554 | 17% | 32,630 | 18% |
| | Acquitted | 630 | 0% | 604 | 0% | 548 | 0% | 555 | 0% | 441 | 0% | 432 | 0% | 454 | 0% |
| | DA Declined to Prosecute | 15,007 | 7% | 17,169 | 8% | 12,295 | 6% | 10,827 | 5% | 12,133 | 6% | 10,407 | 6% | 9,674 | 5% |
| | Other | 1,241 | 1% | 901 | 0% | 1,025 | 0% | 1,005 | 0% | 883 | 0% | 1,172 | 1% | 1,254 | 1% |

Note: All percentages shown are based on total dispositions.
Source: Computerized Criminal History File (as of 11/17/2017).